**Tucker GINN Jr., Petitioner**

v.

**COURT OF COMMON PLEAS PHILADELPHIA COUNTY, Respondent**

No. 71 EM 2017

Supreme Court of Pennsylvania.

July 20, 2017

## ORDER

PER CURIAM

**AND NOW,** this 20th day of July, 2017, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Elante OUTTERBRIDGE, Respondent**

No. 100 EAL 2017

Supreme Court of Pennsylvania.

July 24, 2017

## ORDER

PER CURIAM

**AND NOW,** this 24th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Lerex R. DOOLEY, Petitioner**

No. 75 EAL 2017

Supreme Court of Pennsylvania.

July 24, 2017

## ORDER

PER CURIAM

**AND NOW,** this 24th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**